IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAS SOLOMON FLEMING,
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. 3:21cv137

TAMECA WOODLEY, et al.,
    Defendants.

## MEMORANDUM OPINION

The plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). In his current Complaint, the plaintiff does not identify the particular constitutional right that was violated by the defendants' conduct. Accordingly, by Memorandum Order entered on November 23, 2021, the Court directed the plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned the plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the November 23, 2021 Memorandum Order. The plaintiff failed to submit a particularized complaint or otherwise respond to the November 23, 2021 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

Date: 14 December 2021
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge